June 6, 1974

Anderson, Appellant, *v.* Jessop Steel Company.

Argued April 9, 1974. *Thomas H. M. Hough,* with him *Lucchino, Gaitens & Hough,* for appellant; *Harold V. Fergus,* with him *Harold V. Fergus, Jr.,* and *Fergus, Martin and Fergus,* for appellee.

Order affirmed.

Askins *v.* Gates, Appellant.

Argued April 9, 1974. *Howard K. Hilner,* for appellant; *John A. Tumolo,* with him *Murray, O'Neill & Tumolo,* for appellee.

Judgment affirmed.